UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LATANIA FLETCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4: 20 CV 1210 RWS |
| ) | |
| UNUM LIFE INS. CO. OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On May 14, 2021, this Court ordered the parties to meet and confer in an attempt to reach agreement on limited discovery requests. They have apparently done so. (Doc. 28). To memorialize the parties' agreement in a case management order, the Clerk's Office contacted the parties pursuant to the Court's direction and requested they file a proposed order. Instead of complying with this request, plaintiff filed a proposed order which says only that the parties have agreed to conduct discovery and that defendant reserves the right to "argue the merits and appropriateness of discovery." (Doc. 29). This proposed order does not contain any actual discovery deadlines or agreements that the Court can incorporate into an amended case management order. Accordingly, by Tuesday, June 1, 2021, the parties shall file a joint proposed amended case management order which sets out

the agreed-upon discovery limits, ie., how many depositions, the issues upon which discovery is permitted, etc.

Accordingly,

**IT IS HEREBY ORDERED** that the parties file a joint proposed amended case management order in accordance with this Memorandum and Order no later than **Tuesday, June 1, 2021**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this _28th_ day of May, 2021.