UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LATANIA FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20 CV 1210 RWS |
| | ) | |
| UNUM LIFE INS. CO. OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

In accordance with the Order dated June 2, 2021,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice for failure to timely comply with the Order dated June 2, 2021 [32] and file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2022.